June 4, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KHYATI UNDAVIA, MINU RX LTD, AND MINU GP, LLC, Appellants

NO. 14-15-00295-CV                          V.

AVANT MEDICAL GROUP, P.A. D/B/A INTERVENTIONAL SPINE
ASSOCIATES AND BRETT L. GARNER, D/B/A ALLIED MEDICAL
CENTERS, Appellees

_____

Today the Court heard its own motion to dismiss the interlocutory permissive appeal from the order signed by the court below on March 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Khyati Undavia, Minu RX Ltd., and Minu GP, LLC.

We further order this decision certified below for observance.